UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03038-NYW

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| TURNPIKE LODGING, LLC, a Colorado limited liability company, | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FRED NEKOUEE and Defendant TURNPIKE LODGING, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a confidential settlement agreement regarding all matters in this action. Except as otherwise agreed by the parties in the confidential settlement, each party to bear their own costs and attorney's fees.

DATE:  January 9, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

*s/Andrew B. Clauss*
Andrew B. Clauss
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2500
Denver, CO 80203
Phone: 303-831-6971
Email: andrew.clauss@dinsmore.com

*Attorneys for Defendant Turnpike Lodging, LLC*